# Court of Appeals
# of the State of Georgia

ATLANTA,  April 12, 2018

*The Court of Appeals hereby passes the following order:*

**A18A0392. MITCHELL v. TONY'S SPORTS BAR & GRILL et al.**

Appellant Willie J. Mitchell filed a brief that failed to comply with this Court's briefing rules by omitting, e.g., an enumeration of errors, citation to the record, and legal argument supported by citation of authority. On March 19, 2018, this Court ordered Mitchell to file a brief that conformed to the rules within 15 days, i.e., by April 3, 2018, with the notification that failure to file such a brief may result in dismissal of his appeal.

On April 6, 2018, Mitchell filed a motion for an extension of time to file his brief. Court of Appeals Rule 16 (b) provides that "[f]ailure to request an extension of time to file a brief before its due date may result in the dismissal of the appeal. . . ." Accordingly, in light of Mitchell's failure to comply with this Court's earlier order, the appeal is hereby DISMISSED. See Court of Appeals Rules 7 (c), 23 (a).



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  04/12/2018*
 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*